JAMES HARTLEY, Respondent, *v.* PIONEER IRON WORKS, Appellant.

*Hartley* v. *Pioneer Iron Works*, 113 App. Div. 919, affirmed.
(Submitted June 6, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1906, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action by a stockholder to recover certain dividends alleged to be due and unpaid.

*Albert G. McDonald* for appellant.

*William N. Dykman* for respondent.

Judgment affirmed, with costs, on opinion on former appeal. (181 N. Y. 73.)

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and HISCOCK, JJ. Absent: HAIGHT, J.